APR 7 2026 PM3:04
FILED-USDC-CT-NEW_HAVEN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHAM SHARQAWE,**<br>*Plaintiff,*<br>v.<br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, Director of USCIS; ROSE KENDRICK, ACTING CENTER DIRECTOR, NATIONAL BENEFITS CENTER (OR HER SUCCESSOR),**<br>*Defendants.* | Civil Action No. _____<br>**COMPLAINT IN THE NATURE OF MANDAMUS**<br>JURY TRIAL: NOT REQUESTED |

Plaintiff Sham Sharqawe, proceeding *pro se*, respectfully requests a hearing before this Honorable Court to make a determination on Plaintiff's application to adjust status, or alternatively requesting that this Honorable Court issue a writ of mandamus compelling Defendants to adjudicate Plaintiff's long-delayed application to adjust status.

### PARTIES

1. Plaintiff Sham Sharqawe is a citizen of Israel residing in New Haven, Connecticut.

2. Plaintiff's Priority Date is September 16, 2021, under the EB-3 unskilled worker preference category.

3. On April 22, 2022, Plaintiff's employer filed an I-140 Petition for Alien Worker on behalf of Plaintiff. Defendants assigned Receipt Number SRC2218950301 to the I-140 petition filed on Plaintiff's behalf.

4. Defendants approved the I-140 Petition on May 2, 2022. This approval rendered Plaintiff eligible to adjust status.

5. Plaintiff filed an accompanying I-485 Application for Adjustment of Status on April 22, 2022. Defendants assigned Receipt Number SRC2218950316 to Plaintiff's case. See Exhibit A (I-485 Receipt Notice).

6. USCIS completed the fingerprinting and photographing of Plaintiff as part of the processing of the pending application.

7. On January 5, 2024, Plaintiff's new employer filed an I-485J Confirmation of Bona Fide Job Offer or Request for Job Portability. Defendants assigned Receipt Number SRC2408350498 to Plaintiff's I-485J application. See Exhibit B (I-485J Receipt Notice).

8. Defendants conducted an interview on Plaintiff's pending green card application on July 24, 2025. See Exhibit E (Interview Notice).

9. On August 12, 2025, Defendants transferred both Plaintiff's I-485 and I-485J applications to the Texas Service Center.

10. On November 6, 2025, Defendants transferred Plaintiff's I-485 application from the Texas Service Center to the National Benefits Center. The transfer notice stated that a preliminary review of the case had been completed and that the receiving office would contact Plaintiff once a decision was made. See Exhibit C (Transfer Notice, November 6, 2025).

11. Plaintiff's visa priority date became current in March 2026 under the Department of State Visa Bulletin.

12. On March 1, 2026, Plaintiff submitted a service request to USCIS seeking a status update and requesting adjudication of the pending application. As of the date of this filing, Defendants have not responded to that request nor taken any action on the case. See Exhibit D (Service Request Confirmation, March 1, 2026).

13. Since the transfers described above, Defendants have taken no action on Plaintiff's pending green card application.

14. Since Plaintiff filed the application with USCIS, Plaintiff has made a request to have the case finally adjudicated.

15. Despite Plaintiff's contact with USCIS to prompt movement on the case, Plaintiff's application to adjust status has remained pending far longer than is reasonable.

16. USCIS has refused to adjudicate Plaintiff's application in accordance with applicable legal criteria.

17. Plaintiff brings this action to compel USCIS to finally adjudicate the pending application as required by law.

18. Defendant United States Citizenship and Immigration Services (hereinafter "USCIS") is the component of the Department of Homeland Security responsible for processing adjustment of status applications.

19. Defendant Joseph B. Edlow, Director of USCIS, is the highest-ranking official within USCIS. Director Edlow is responsible for the implementation of the INA and for ensuring compliance with all applicable federal laws, including the APA. Director Edlow is sued in his official capacity as an agent of the government of the United States.

20. Defendant Rose Kendrick, Acting Center Director of the National Benefits Center (or her successor), has served as Acting Center Director since May 2025 and is responsible for operations at the National Benefits Center, which has jurisdiction over applications for adjustment of status for immigrants residing in New Haven, Connecticut, where Plaintiff resides, and upon information and belief, Plaintiff's case is currently pending at this office. The NBC Director is responsible for the implementation of the INA and for ensuring compliance with all applicable federal laws, including the APA, and is sued in an official capacity as an agent of the government of the United States, as well as any successors and assigns.

## JURISDICTION AND VENUE

21. This Honorable Court has federal question jurisdiction over this cause pursuant to 28 U.S.C. § 1331, as it raises claims under the Constitution of the United States, the INA, 8

U.S.C. § 1101 et seq., and the APA, 5 U.S.C. § 701 et seq., in conjunction with the Mandamus Act, 28 U.S.C. § 1361.

22. Venue is proper pursuant to 28 U.S.C. § 1391(e)(1) because (1) Defendants are agencies of the United States or officers or employees thereof acting in their official capacity or under color of legal authority; (2) no real property is involved in this action; and (3) Plaintiff resides within this district.

## FIRST CLAIM FOR RELIEF

### *(Agency Action Unlawfully Withheld and Unreasonably Delayed)*

For the first claim for relief against all Defendants, Plaintiff alleges and states as follows:

23. Plaintiff realleges and incorporates by reference the foregoing paragraphs as though fully set out herein.

24. The APA requires that "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." 5 U.S.C. § 555(b). Section 555(b) creates a non-discretionary duty to conclude agency matters. Litton Microwave Cooking Prods. v. NLRB, 949 F.2d 249, 253 (8th Cir. 1991). A violation of this duty is a sufficient basis for mandamus relief.

25. The APA permits this Honorable Court to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1).

26. In evaluating whether agency delay is unreasonable, courts apply the factors set forth in Telecommunications Research & Action Center v. FCC, 750 F.2d 70 (D.C. Cir. 1984) ("TRAC factors"):

    (1) the time agencies take to make decisions must be governed by a rule of reason; (2) where Congress has provided a timetable or other indication of the speed with which it expects the agency to proceed, that statutory scheme may supply content for this rule of reason; (3) delays that might be reasonable in the sphere of economic regulation are less tolerable when human health and welfare are at stake; (4) the court should consider the effect of expediting delayed action on agency activities of a higher or competing priority; (5) the court should also take into account the nature and extent of the interests prejudiced by the delay; and (6) the court need not find any impropriety lurking behind agency lethargic behavior in order to hold that agency action is unreasonably delayed.

27. Applying the TRAC factors, the delay here is unreasonable:

    **(a) Rule of reason:** Plaintiff's I-485 has been pending since April 22, 2022 — nearly four years. An interview was conducted on July 24, 2025, indicating that the application is substantively complete and ready for decision. No action has been taken since. There is no rule of reason that justifies continued inaction after a completed interview.

    **(b) Congressional timetable:** Although Congress has not established a specific adjudication deadline for I-485 applications, USCIS's own published processing time goals constitute agency benchmarks. The delay here far exceeds any reasonable benchmark.

**(c) Human health and welfare:**  Plaintiff's ability to obtain lawful permanent resident status — including the right to remain in the United States, to travel freely, to sponsor family members, and to participate fully in economic life — depends entirely on adjudication of this application. The ongoing delay causes irreparable harm to Plaintiff's welfare, livelihood, and life stability.

**(d) Competing priorities:**  Expediting Plaintiff's single, interview-complete application would impose no meaningful burden on agency resources or higher-priority matters. The application is administratively complete and awaits only a final determination.

**(e) Prejudice to Plaintiff:**  Plaintiff has waited nearly four years since filing. Plaintiff's visa priority date is now current, yet the application remains unadjudicated. The prejudice is substantial and ongoing.

**(f) No impropriety required:**  The Court need not find bad faith or improper motive. The duration of inaction alone — particularly following a completed interview and the consolidation of files at the National Benefits Center — is itself sufficient to establish unreasonable delay.

28. Plaintiff alleges that the application has been in administrative processing beyond a reasonable time for completing adjudication of an adjustment of status application.

29. The combined delay and failure to act on Plaintiff's application is attributable to Defendants' failure to adhere to their legal duty to avoid unreasonable delays under the INA and the applicable rules and regulations.

30. There are no alternative adequate or reasonable forms of relief available to Plaintiff.

31. Plaintiff has exhausted available administrative remedies, including submitting a formal service request on March 1, 2026. See Exhibit D.

## SECOND CLAIM FOR RELIEF

### *(Violation of Right to Due Process of Law)*

For the second claim for relief against all Defendants, Plaintiff alleges and states as follows:

32. Plaintiff realleges and incorporates by reference the foregoing paragraphs as though fully set out herein.

33. The right to fundamental fairness in administrative adjudication is protected by the Due Process Clause of the Fifth Amendment to the United States Constitution. Plaintiff may seek redress in this Court for Defendants' combined failures to provide a reasonable and just framework of adjudication in accordance with applicable law.

34. The combined delay and failure to act by Defendants has violated the due process rights of Plaintiff.

35. The combined delay and failure to act by Defendants has irrevocably harmed Plaintiff through the denial of an opportunity to claim lawful permanent resident status, as well as the ability to sponsor family members for residence in the United States, and in various other ways.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff Sham Sharqawe requests the following relief:

1. That this Honorable Court assume jurisdiction over this action;

2. That this Honorable Court issue a writ of mandamus compelling Defendants to adjudicate and render a final decision on Plaintiff's application to adjust status within sixty (60) days of the Court's order;

3. That this Honorable Court take jurisdiction of this matter and adjudicate Plaintiff's application to adjust status pursuant to this Court's declaratory judgment authority;

4. That this Honorable Court issue a writ of mandamus compelling Defendants to explain to Plaintiff the cause and nature of the delay and inform Plaintiff of any action Plaintiff may take to accelerate processing of the application to adjust status;

5. Such other and further relief as this Honorable Court may deem just and proper.


RESPECTFULLY SUBMITTED,

Dated: 4/7/2026

سٌام شرقاوی

Sham Sharqawe, Pro Se

74 Hervey Street

New Haven, CT, 06512

2039196864

sham.sharqawe@gmail.com

# EXHIBIT A

## I-485 Receipt Notice

---

Receipt Notice issued by USCIS for Plaintiff's I-485 Application for Adjustment of Status, Receipt Number SRC2218950316, dated April 22, 2022.

Department of Homeland Security
U.S. Citizenship and Immigration Services
Form I-797C, Notice of Action

| | |
|---|---|
| **THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.** | |

| Receipt Number | Case Type |
|---|---|
| SRC2218950316 | 1485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |

| Received Date | Priority Date | Applicant A130 150 635 |
|---|---|---|
| 04/22/2022 | | SHARQAWE, SHAM |

| Notice Date | Page | Beneficiary A130 150 635 |
|---|---|---|
| 04/22/2022 | 1 of 2 | SHARQAWE, SHAM |

SHAM SHARQAWE
74 HERVEY ST
EAST HAVEN CT 06512

**Notice Type:** Receipt Notice
Amount received: $1225.00 U.S.
Section: Alien worker, Form I-140

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

**What the Official Notice Said**

We have received the application or petition ("your case") listed above. This notice shows that your case was filed on the "Received Date" listed above. It does NOT grant the beneficiary any immigration status, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available if you contact us about your case.

**T/U Filings** - If you were still in valid U or T nonimmigrant status on the date your Application to Register Permanent Residence or Adjust Status (Form I-485) was received, that status is extended until a decision is reached on your Form I-485. If your status was no longer valid by the date your Form I-485 was received, you will need to file the Application to Extend/Change Nonimmigrant Status (Form I-539) with this office to request an extension of your nonimmigrant status.

**Affidavit of Support** - If a Form I-864, Affidavit of Support, is required for your filing, please understand that it is a contract between your sponsor and the government of the United States. This means that your sponsor is telling the government that he/she is willing and able to financially support you if needed. It may also make you ineligible for certain Federal, state, or local means-tested benefits, because he/she has indicated that they will support you. If you do receive any means-tested benefits, section 213A(b) of the Immigration and Nationality Act (INA) states that the benefits-granting entity shall request reimbursement from your sponsor.

EMPLOYMENT AUTHORIZATION:
You are authorized to work in the United States while your Application to Register Permanent Residence or Adjust Status (Form I-485) is pending. You may apply for work authorization by submitting an Application for Employment Authorization (Form I-765), pursuant to Title 8 Code of Federal Regulations (8 CFR), section 274a.12(c)(9), to this office. If you have already filed this application, the decision on your application will be sent under separate cover.

DEPARTING FROM THE UNITED STATES:
If you plan to depart the United States, you must obtain permission to return to the United States by requesting advance parole before you leave. If you do not obtain advance parole before your departure, you will be considered to have abandoned your application for adjustment of status and the application will be denied. Please see 8 CFR section 245.23(j), for T adjustment of status applications, and section 245.24(j), for U adjustment of status applications. In addition, you may be unable to re-enter the United States, or you may be placed in removal proceedings before an Immigration Judge. You may apply for advance parole by submitting an Application for Travel Document (Form I-131) to this office. If you have already filed this application, the decision on your application will be sent under separate cover.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

**Processing time** - Processing times vary by form type.
• Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C   10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| SRC2218950316 | | I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |

| Received Date | Priority Date | Applicant  A130 150 635 |
|---|---|---|
| 04/22/2022 | | SHARQAWE, SHAM |

| Notice Date | Page | Beneficiary  A130 150 635 |
|---|---|---|
| 04/22/2022 | 2 of 2 | SHARQAWE, SHAM |

- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: if you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the INA, the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will provide you and the legal representative listed on your Form G-28 an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter



---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C   10/13/21

# EXHIBIT B

## I-485J Receipt Notice

Receipt Notice for Plaintiff's I-485J Confirmation of Bona Fide Job Offer or Request for Job Portability, Receipt Number SRC2408350498, dated January 5, 2024.



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| SRC2408350498 | | I485J - CONFIRMATION OF BONA FIDE JOB OFFER OR REQUEST FOR JOB PORTABILITY INA SEC204(J) |

| Received Date | Priority Date | Applicant A130 150 635 |
|---|---|---|
| 01/05/2024 | | SHARQAWE, SHAM |

| Notice Date | Page | |
|---|---|---|
| 01/05/2024 | 1 of 1 | |

SHAM SHARQAWE
74 HERVEY STREET
EAST HAVEN  CT  06512

**Notice Type:** Receipt Notice Fee Waived
**Employer Business Name:** PANERA BREAD COMPANY
**Employer Site:** NORTH HAVEN CT

We have received the application or petition ("your case") listed above. This notice only shows that the application or petition was filed on the "Received Date" above. It does not grant you any immigration status or benefit, and it is not evidence that your case is still pending.

If any of the above information is incorrect, please immediately call 800-375-5283 to let us know. This will help avoid future problems.

If you have any questions about the status of your case, you can call 800-375-5283 to obtain case status information directly from our automated system, 24 hours a day. Please have the case receipt number (at the top of this notice) ready when you call. Please note that while this notice serves as receipt of the Form I-485J, the online case status system will not change the status of the associated Form I-485 based on the Supplement J filing.

Processing time - Processing times vary by form type.
- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available if you contact us about your case.

**If your address changes** - If your mailing address changes while your case is pending, update your address with us by calling 800-375-5283 or using the Online Change of Address option on our website. Otherwise, you might not receive notices about this case.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21

# EXHIBIT C

### Transfer Notice — National Benefits Center (November 6, 2025)

---

Notice issued by USCIS dated November 6, 2025, confirming transfer of Plaintiff's I-485 application to the National Benefits Center and stating that the receiving office would contact Plaintiff once a decision was made.



Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>SRC2218950316 | | Case Type<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
|---|---|---|
| Received Date<br>04/22/2022 | Priority Date<br>09/16/2021 | Applicant  A130 150 635<br>SHARQAWE , SHAM |
| Notice Date<br>11/06/2025 | Page<br>1 of 1 | Beneficiary  A130 150 635<br>SHARQAWE , SHAM |

SHAM SHARQAWE
74 HERVEY ST
NEW HAVEN CT  065125003

**Notice Type:** Transfer Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have completed a preliminary review of the application or petition ("your case") listed above.** As part of standard processing, we transferred your case to the USCIS office listed below that has jurisdiction over your case. That office will notify you in writing when they make a decision on your case or if they need additional information.

NATIONAL BENEFITS CENTER, P.O. BOX 648005, Lee's Summit, MO,  64064

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center at 1-800-375-5283 or visit the USCIS website at www.uscis.gov** (if you are hearing impaired, the Contact Center TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the Contact Center at 1-800-375-5283 or visit our website at www.uscis.gov.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C   10/13/21

# EXHIBIT D

### Service Request Confirmation (March 1, 2026)

Confirmation of Plaintiff's service request submitted to USCIS on March 1, 2026, requesting a status update and adjudication of the pending I-485 application.

 Gmail

**Sham Sharqawe <sham.sharqawe@gmail.com>**

## USCIS Service Request Confirmation

**USCIS-CaseStatus@dhs.gov** <USCIS-CaseStatus@dhs.gov>          Sun, Mar 1, 2026 at 3:57 PM
To: sham.sharqawe@gmail.com

### *** DO NOT RESPOND TO THIS EMAIL ***

Date: March 1, 2026

Dear Sham Sharqawe,

Thank you for your inquiry, submitted on March 1, 2026, asking about the processing of your I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS. We have received your request and assigned it an Inquiry ID (SR10602600386RPA) that we will use for referencing any subsequent messages. USCIS may require at least 60 days to process your request.

USCIS makes every effort to process cases within the projected timeframes listed on the Case Processing Times webpage. If you have not already created a USCIS online account, we encourage you to, so that you can track your case status and receive updates from USCIS at any time. Information on how to create a USCIS online account can be found on my.uscis.gov.

Thanks once again for contacting USCIS.

Please do not reply directly to this message. This email account is used by USCIS only to send messages notifying applicants and petitioners that we have received their inquiry.

------------------

We offer many online services and tools to help you find the information you need, including:

Check your current case status
Ask about your case
Schedule an appointment
Ask our virtual assistant Emma
Address Changes: If you move, please visit our website for information on how to update your address.

We encourage you to use the online self-service tools within your USCIS online account. You can track the status of your case, update your address, reschedule a biometrics appointment, and for many account holders respond to Requests for Evidence and more using an online account.

If you try our online tools including the technical Help Form and require additional support, you can call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired), for assistance.

# EXHIBIT E

### Interview Notice

---

Interview Notice issued by USCIS scheduling Plaintiff's adjustment of status interview on July 24, 2025.



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | Notice Date<br>June 09, 2025 |
|---|---|---|
| **Case Type**<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | **A#**<br>A130 150 635 |
| **Receipt Number**<br>SRC2218950316 | **Received Date**<br>April 22, 2022 | **Priority Date** | **Page**<br>1 of 2 |

SHAM SHARQAWE
74 HERVEY ST
NEW HAVEN CT  06512

A Number

Receipt Number

Failure to appear for the scheduled appointment without prior notification and without good cause may result in the denial of your application. (8 CFR 103.2) You are notified to appear before a USCIS officer regarding the application identified above at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding can take about two hours. If you cannot keep this appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment.

**Who should come with you:**
- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter.
- Your attorney or authorized representative may come with you to the interview.
- If your eligibility is based on a parent/son or daughter relationship and the son or daughter is a minor, the petitioning parent and the son or daughter must appear for the interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted within the last year).
- If required, confirmation of Bona Fide Job Offer or Request for Job Portability (Supplement J) (unless already submitted).
- All documentation establishing your eligibility for Lawful Permanent Resident status.
- Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- Your Birth Certificate.
- If you have children, bring a Birth Certificate for each of your children.
- If your eligibility is based on your marriage to the principal beneficiary of a petition, in addition to your husband or wife coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - If either you or your husband or wife were ever married before, all divorce decrees/death certificates for each prior marriage/former husband or wife;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your husband or wife's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your husband or wife may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.
- In addition to the above, if you are applying based on an Immigrant Petition for Alien Worker (Form I-140) that was filed by a relative who is a U.S. citizen or lawful permanent resident or by a for-profit entity where 5% or more of the ownership interest is held by a relative who is a U.S. citizen or lawful permanent resident, bring completed Affidavit(s) of Support (Form I-864) with all required evidence for each of your sponsors (unless already submitted). One sponsor must be the relative who petitioned for you. The required evidence includes:

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>450 MAIN ST. 1ST FLOOR<br>ROOM 100<br>HARTFORD, CT  06103 | ON: Thursday, July 24, 2025<br>AT: 07:45AM |
|---|---|

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.         Form I-797C  10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

> ## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | Notice Date<br>June 09, 2025 |
|---|---|

| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A130 150 635 |
|---|---|

| Receipt Number<br>SRC2218950316 | Received Date<br>April 22, 2022 | Priority Date | Page<br>2 of 2 |
|---|---|---|---|

- Your sponsor(s)' Federal Income Tax returns and W-2s, or certified IRS printouts, for the most recent tax year;
- Letters from each of your sponsor(s)' current employer(s), verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
- Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at as soon as possible, **even if you indicated on your application that you require an accommodation.**

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>450 MAIN ST. 1ST FLOOR<br>ROOM 100<br>HARTFORD, CT 06103 | ON: Thursday, July 24, 2025<br>AT: 07:45AM |
|---|---|

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21